IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GUILLERMO GARZA | § | |
| VS. | § | CIVIL ACTION NO. 1:04cv757 |
| BRIAN RODEEN, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
<u>JUDGE's REPORT AND RECOMMENDATION</u>

Plaintiff Guillermo Garza, an inmate at the Coffield Unit, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983 against fourteen employees of the Texas Department of Criminal Justice, Correctional Institutions Division.

The court heretofore referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this action be dismissed for want of prosecution pursuant to FED.R.CIV.P. 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

<u>O R D E R</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate

1

judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

    **SIGNED** this the **30** day of **November, 2005.**

_____
Thad Heartfield
United States District Judge